In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION in Respect to JOHN J. CONWAY, an Attorney, Respondent.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report, with his opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of Proving the Last Will and Testament of ALFRED JOHNSON, Deceased. MAY JOHNSON SCHULTZ, as Executrix Named in Last Will and Testament of ALFRED JOHNSON, Deceased, and Others, Appellants; ALFRED JOHNSON, JR., and Others, Respondents.— The motion is referred to the court that rendered the decision. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ. Motion to amend decision granted, and the decision of this court dated January 6, 1941 [ante, p. 821], is amended to read as follows: Decree of the Surrogate's Court of Rockland County, denying probate of an alleged will dated October 28, 1935, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. The finding of the surrogate that the testator lacked testamentary capacity is amply supported by the proof. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of HENRY PIELSTICKER (Also Known as HARRY PIELSTICKER), Appellant, against PAUL LIVOTI, Clerk of the County of Queens, State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of ADDIE WILDER, Respondent, against RICHARD CARTER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

JOSEPH KALAMON, Respondent, v. ANNA KALAMON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

VINCENT KISCHEL, Appellant, v. STEPHEN FLAMIK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

JACOB LANGSAM, Respondent, v. MARY R. LANGSAM, Also Known as MARY GRABEL, Appellant, and SAMUEL GRABEL, Defendant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

GEORGE MORRISON, Respondent, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD CONN., and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.